# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

**CANAL INSURANCE COMPANY**                                              **PLAINTIFF**

       **v.**       Civil No. 05-6019

**LARRY NIX LOGGING, INC.; LARRY
NIX, Individually and d/b/a LARRY
NIX LOGGING CONTRACTORS; CHAD
DILLARD; and ELIZABETH OTWELL**                                          **DEFENDANTS**

## JUDGMENT

Now on this 12th day of April, 2006, for reasons set forth in a Memorandum Opinion of even date herewith, the Court enters judgment in favor of plaintiff Canal Insurance Company, declaring that Canal Insurance Coverage has no liability, under Basic Automobile Liability Policy 445173, for the automobile collision between Larry Dillard and Elizabeth Otwell that occurred on July 5, 2004.

**IT IS SO ORDERED.**

                                              **/s/ Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**